IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO FERNANDEZ OROZCO,

    Petitioner,               No. CIV S-08-0711 GEB JFM P

    vs.

T. FELKER, Warden,

    Defendant.               ORDER

_____/

        Petitioner, a state prisoner at High Desert State Prison, has filed a motion for appointment of counsel. No other pleadings have been filed by the petitioner. In order to commence an action, petitioner must file a petition as required by Rule 3 of the Federal Rules of Civil Procedure, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, petitioner's motion will be denied without prejudice. Petitioner will be provided the opportunity to file his petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

        Petitioner is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the

1

conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending.  28 U.S.C. § 2244(d).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel is denied without prejudice.

2. Petitioner is granted thirty days from the date of service of this order to file an amended application that complies with the requirements of the Federal Rules of Civil Procedure; that any amended application must bear the docket number assigned this case and must be labeled "Amended Application;" that petitioner must file an original and one copy of the amended application for each respondent; that his failure to file an amended application in accordance with this order will result in the dismissal of this action.

3. The Clerk of the Court is directed to send petitioner the court's form for filing an application for writ of habeas corpus action, and the application to proceed in forma pauperis by a prisoner.

DATED: May 2, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001;oroz0711.noc