IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO FERNANDEZ OROZCO,

    Petitioner,               No. 2:08-cv-0711 GEB JFM (HC)

    vs.

T. FELKER, Warden,

    Respondent.              ORDER

_____/

        Petitioner has renewed his request for the appointment of counsel. As noted in this court's May 2, 2008 order, there currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's July 23, 2008 request for appointment of counsel is denied without prejudice.

DATED: July 29, 2008.

*[Signature]*
UNITED STATES MAGISTRATE JUDGE

/mp;001; fern0711.110