IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO FERNANDEZ OROZCO,

    Petitioner,        No. 2:08-cv-0711 GEB JFM (HC)

  vs.

T. FELKER, Warden,

    Respondent.        ORDER

                                  /

        On November 13, 2009, the undersigned issued a recommendation that petitioner's application for a writ of habeas corpus be denied. On December 23, 2009, the Honorable Garland E. Burrell, Jr., adopted the recommendation and denied petitioner's habeas corpus application. On February 1, 2010, petitioner filed a motion to appoint counsel.

        Because this case is now closed and it is not proceeding on appeal, IT IS HEREBY ORDERED that petitioner's February 1, 2010 motion to appoint counsel is denied as moot.

DATED: February 23, 2010.

                                      UNITED STATES MAGISTRATE JUDGE

/014.oroz0711.mac

1